**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Santos Roberto MARADIADA–**
**BIYATIA, Defendant–**
**Appellant.**

No. 08–20088
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 20, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Santos Roberto Maradiada–Biyatia, Lompoc, CA, pro se.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Santos Roberto Maradiada–Biyatia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Maradiada–Biyatia

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

has filed a response. Our independent review of the record, counsel's brief, and Maradiada–Biyatia's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be